UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EDGARDO RUIZ VELASCO,

    Plaintiff,

v.                                                             Case No: 8:21-cv-1962-MSS-SPF

REV-TECH MANUFACTURING
SOLUTIONS LLC,

    Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Parties' Joint Notice of Settlement, (Dkt. 24), filed on July 28, 2022, it is hereby **ORDERED** pursuant to Local Rule 3.09 of the United States District Court for the Middle District of Florida, that the case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, upon **good cause shown**. After the sixty-(60)-day period, this dismissal shall be with prejudice. The **Clerk** is **DIRECTED** to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person